# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DERRICK L WALKER,**

    **Plaintiff,**

v.                                              Case No. 1:19-cv-191-AW-GRJ

**UNIVERSITY OF FLORIDA,**
**et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The Court has considered the magistrate judge's January 2, 2020 Report and Recommendation. ECF No. 6. No objections have been filed. I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Clerk shall enter a judgment that says "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii)."

3. The Clerk will close the file.

SO ORDERED on February 7, 2020.

                                                  s/ *Allen Winsor*
                                                  United States District Judge